167 A.3d 648

NEW JERSEY DIVISION OF CHILD PROTECTION AND PERMA-
NENCY, PLAINTIFF, v. K.H., DEFENDANT, AND N.P., DE-
FENDANT–PETITIONER. IN THE MATTER OF A.H. AND C.P.,
MINORS–RESPONDENTS.

May 5, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–1118/1119–14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.